**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

|  |  |
|---|---|
| ELDER ANIBAL FLORES-PASCUAL, | No. 12-72509 |
| Petitioner, | Agency No. A098-439-239 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 14, 2014**

Before:     LEAVY, GOULD, and BERZON, Circuit Judges.

Elder Anibal Flores-Pascual, a native and citizen of Guatemala, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider. Our jurisdiction is governed by 8 U.S.C. § 1252. We dismiss in part and deny in part the petition for review.

---

     * This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

     ** The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review the BIA's March 6, 2012 order dismissing Flores-Pascual's appeal from an immigration judge's decision denying his application for asylum, withholding of removal, and protection under the Convention Against Torture, because he did not file a petition for review of that order. *See Stone v. INS*, 514 U.S. 386, 405 (1995); *Martinez-Serrano v. INS*, 94 F.3d 1256, 1258 (9th Cir. 1996).

Flores-Pascual does not raise any arguments in his opening brief regarding the BIA's denial of his motion to reconsider. *See Martinez-Serrano*, 94 F.3d at 1259-60 (issues not supported by argument are deemed waived). Thus, we deny the petition for review.

**PETITION FOR REVIEW DISMISSED in part; DENIED in part.**